# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

UNITED STATES OF AMERICA         CRIMINAL ACTION: 16-00053-01

VERSUS         JUDGE DONALD E. WALTER

EDWIN ZAVALA, JR. (01)         MAGISTRATE JUDGE HANNA

## ORDER

Counsel for the Government has informed the Court that the Defendant, Edwin Zavala, Jr., wishes to change his plea and has consented to do so before the Magistrate Judge.

Accordingly, **IT IS ORDERED** that this matter is hereby **REFERRED** to the Magistrate Judge for a change of plea hearing.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on May 17, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE