RECEIVED

JUN 0 9 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:16-cr-00053-01 |
| VERSUS | JUDGE WALTER |
| EDWIN ZAVALA, JR. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and the defendant having waived the right to assert any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Edwin Zavala, Jr., is ACCEPTED and he is finally adjudged guilty of the offense charged in Count Six of the indictment, consistent with the report and recommendation.

Lafayette, Louisiana, this 9 day of June 2016.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE